THOMAS GILLERAN, Respondent, v. THOMAS E. COLBY, Appellant.

Appeal by the defendant, Thomas E. Colby, from an order of the Supreme Court, made at the New York Special Term and entered in the office of the clerk of the county of New York on the 22d day of December, 1913, granting an injunction *pendente lite*.

HOTCHKISS, J.: For the reasons given in the case of *Driscoll* v. *Colby* (*ante*, p. 922) the order must be reversed, with ten dollars costs and disbursements, and the motion for injunction denied, with ten dollars costs. Ingraham, P. J., McLaughlin, Clarke and Scott, JJ., concurred. Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.

---

Adolph Bauman and Another, Respondents, v. Nathaniel J. Hess and Another, Appellants, Impleaded with Another.— Judgment and order reversed and new trial ordered, with costs to appellants to abide event, unless plaintiffs stipulate to reduce verdict to $1,443.75 with interest from date of verdict, in which event judgment as so modified and order affirmed, without costs. No opinion. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

American Manufacturing Company, Appellant, v. Mackenzie, Quarrier & Ferguson, Incorporated, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke and Scott, JJ.

Yetta Davis, Respondent, v. Joseph Edelstein, as Executor, etc., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Hotchkiss, JJ.

Bridget Thompson, Respondent, v. Rosalie Hesslein, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Hotchkiss, JJ.

Marie Dick, as Administratrix, etc., Respondent, v. Steel and Masonry Contracting Company, Appellant.— Judgment and order affirmed, with costs. No opinion. (See 153 App. Div. 651.) Present — Ingraham, P. J. Laughlin, Clarke, Scott and Hotchkiss, JJ.

Florence C. Van Alen, Respondent, v. Staten Island Midland Railway Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Hotchkiss, JJ.